# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TONY D. BICKHAM

NO. 2024 KW 1262

**MARCH 14, 2025**

---

In Re:    Tony D. Bickham, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-24-00545.

---

**BEFORE:    THERIOT, HESTER, AND EDWARDS, JJ.**

   **WRIT GRANTED.** The trial court is ordered to act on relator's motion for documents filed August 5, 2024, on or before April 25, 2025.  A copy of the trial court's action shall be filed in this court on or before May 9, 2025.

**MRT**
**CHH**
**BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT